**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Scott Alkire | 3/16/1970 | Alaska | District of Alaska | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Gregory Andrews | 7/3/1953 | Georgia | Middle District of Georgia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Lance Bales | 3/10/1961 | Texas | Northern District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | William D Baxter | 8/11/1964 | Indiana | Northern District of Indiana | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Darryl Edgar Baylor | 2/7/1966 | Georgia | Northern District of Georgia | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | IX, XII, XIII, XIV |
| 6. | Christopher Bennett | 9/15/1975 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Richard Allen Blackaby | 10/7/1953 | Kentucky | Eastern District of Kentucky | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Michael Blair | 7/6/1973 | Georgia | Northern District of Georgia | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Eric Ross Blevins | 2/1/1974 | Georgia | Southern District of Georgia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | David Bond | 9/27/1973 | Michigan | Western District of Michigan | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 11. | Ricky Carlton Bowman | 4/18/1964 | Georgia | Southern District of Georgia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | David Brooks | 9/22/1964 | Texas | Southern District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Ralbert Rallington Brooks-Hamilton | 4/9/1955 | Florida | Southern District of Florida | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Richard Broom | 10/22/1957 | South Carolina | District of South Carolina | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Bradley J Brower | 11/12/1993 | Utah | District of Utah | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Eric Tremaine Brown | 1/18/1976 | Alabama | Middle District of Alabama | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Roxanna Buck | 5/22/1983 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Joseph W. Burroughs | 10/28/1976 | Alabama | Southern District of Alabama | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Daniel A Cantrell | 7/25/1966 | Utah | District of Utah | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Frank Michael Castelluccio | 11/8/1975 | Arizona | District of Arizona | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Jeffery DiGiacomo | 3/9/1976 | Florida | Middle District of Florida | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 22. | Joyce Doak | 1/13/1949 | Alabama | Northern District of Alabama | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 23. | James Michael Durnil | 6/6/1968 | Indiana | Southern District of Indiana | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Kenneth Eggleston | 8/4/1967 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Gregory Elders | 12/22/1959 | Alabama | Northern District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Stuart Ellington | 4/2/1971 | Florida | Middle District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Jeffrey Evans | 9/2/1975 | Oklahoma | Western Dsitrict of Oklahoma | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Johnny Fells | 7/1/1959 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Homer Wayne Fitzhugh | 1/31/1961 | Louisiana | Middle District of Louisiana | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Gregory David Florey | 8/22/1960 | Texas | Northern District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Michael F. Flowers Sr. | 3/1/1970 | California | Eastern District of California | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Clinton James Foriska | 6/11/1986 | Washington | Western District of Washington | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Keith Forster | 7/23/1965 | Texas | Western District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Terry Lee Foster Sr. | 4/5/1952 | Illinois | Northern District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Jennifer Lea Gaul | 1/6/1977 | Colorado | District of Colorado | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Terri L Girard | 6/13/1980 | Texas | Western District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Merron G Golston | 1/8/1954 | Illinois | Northern District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Isama Goreil | 6/9/1980 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | David Allan Green | 11/9/1963 | Arizona | District of Arizona | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Rachel Grinolds | 8/8/1981 | Illinois | Central District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 41. | Jerry Gruber | 7/13/1953 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Terry Hall | 1/18/1964 | Florida | Northern District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Attilah Marie Hamilton | 12/30/1992 | Texas | Northern District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | David Jonathan Hammer | 7/29/1954 | Georgia | Middle District of Georgia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Joshua James Haney | 7/24/1988 | Texas | Western District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Leslie Harper | 9/12/1953 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 47. | Dirone Lynn Harris | 9/27/1962 | Texas | Western District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Charles Hayes | 11/24/1949 | Kentucky | Western District of Kentucky | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Byran Hebert | 12/28/1963 | Arizona | District of Arizona | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Robert Michael Hetrick | 1/29/1969 | South Carolina | District of South Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Christopher Hill | 5/26/1978 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Mark Hill | 11/30/1966 | New Jersey | District of New Jersey | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Marsha Hills | 1/7/1958 | Minnesota | District of Minnesota | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Michael Hooper | 4/10/1962 | Kansas | District of Kansas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Johnny R Horner | 5/22/1965 | Arizona | District of Arizona | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | James M. Howard | 4/30/1977 | California | Northern District of California | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | William T Howard | 8/2/1955 | Georgia | Southern District of Georgia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Ashlery Huertas | 12/28/1983 | Texas | Western District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Eric L Hunley | 6/20/1971 | Arizona | District of Arizona | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Marc Vutieu Huynh | 3/16/1971 | Washington | Western District of Washington | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Fabian Lee Ihrke | 6/28/1962 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Gary Michael Jenkins | 10/14/1978 | Arkansas | Western District of Arkansas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Lisa Jennings | 10/9/1966 | Texas | Southern District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Robert Lewayne Johnson | 12/19/1956 | Florida | Middle District of Florida | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Marvin Josey | 8/1/1958 | Georgia | Middle District of Georgia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Joseph Michael Justice | 2/8/1960 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | Ricardo Kemp | 1/6/1959 | Florida | Southern District of Florida | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Candice Dionne Kimbrell | 9/8/1987 | Illinois | Central District of Illinois | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Michael James King | 8/21/1975 | Massachusetts | District of Massachusetts | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | Thomas Edward King | 9/8/1978 | California | Eastern District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Mike Krebs | 2/6/1949 | Washington | Western District of Washington | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Keith Lawson | 11/20/1974 | California | Central District of California | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Teressa K Laycook | 9/1/1961 | Texas | Eastern District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Marvin Sidney Liles | 7/6/1950 | New York | Eastern District of New York | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | Lee Gerard Lilley | 12/20/1957 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 76. | Richard Austin Love | 12/30/1943 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 77. | Crystal Marie Martin | 11/30/1962 | Florida | Middle District of Florida | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Joshua Legh McCuen | 6/24/1981 | Georgia | Northern District of Georgia | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | James McDonald | 9/19/1959 | Nevada | District of Nevada | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Mandrill McGrady | 12/16/1973 | North Carolina | Middle District of North Carolina | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Jesus Medrano | 12/10/1952 | Texas | Western District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Matthew Mitchell | 4/20/1970 | Kentucky | Eastern District of Kentucky | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 83. | Aubrey Moore | 11/8/1974 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Mahlon Morris | 10/30/1962 | Alabama | Middle District of Alabama | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Jeffery Morton | 12/19/1958 | Tennessee | Middle District of Tennessee | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Thomas Frances Mulligan | 3/1/1944 | New York | Eastern District of New York | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Daniel Wayne O'Quinn | 1/10/1965 | Florida | Northern District of Florida | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Jason T Pace | 5/11/1972 | Illinois | Southern District of Illinois | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Sharon L Patrick | 5/16/1958 | Washington | Western District of Washington | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Russell B Pearson | 12/5/1965 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Christopher Jason Piwinski | 9/12/1988 | Texas | Western District of Texas | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Andrew Pratt | 3/14/1979 | Massachusetts | District of Massachusetts | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Charles Presti | 10/2/1965 | South Carolina | District of South Carolina | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Michael Queen | 11/21/1984 | Florida | Middle District of Florida | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 95. | Michael J Ramirez | 11/18/1967 | Texas | Western District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Charles Ray Reeves | 6/2/1969 | Alabama | Northern District of Alabama | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Kenneth D Reynolds | 9/10/1956 | Ohio | Southern District of Ohio | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Renthia Robbins | 5/27/1964 | Georgia | Middle District of Georgia | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Thomas Robertson | 11/15/1958 | Missouri | Western District of Missouri | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Ronald John Roman | 9/17/1956 | New York | Northern District of New York | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 101. | Daniel Rottmann | 4/13/1969 | Kentucky | Western District of Kentucky | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Christopher Sanders | 9/19/1972 | Colorado | District of Colorado | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Lloyd Sanders | 6/10/1957 | Iowa | Northern District of Iowa | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | David Sanford | 8/17/1959 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Thomas Walter Sargent | 3/22/1957 | Alabama | Middle District of Alabama | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | David Adam Scharf | 2/20/1963 | Oklahoma | Western District of Oklahoma | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Milburn Schumaker | 7/7/1971 | Missouri | Western District of Missouri | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Timitri Marshon Scisum | 10/10/1991 | Colorado | District of Colorado | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Richard Segarra | 8/5/2025 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | Alicia Serrano | 8/27/1988 | Delaware | District of Delaware | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | James R. Sexton | 9/10/1984 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Amy Shope | 3/22/1975 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | George Simmerman Jr | 7/9/1965 | Nebraska | District of Nebraska | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Keith Singleton | 1/25/1992 | Illinois | Northern District of Illinois | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Paul Kevin Slovak | 1/20/1965 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Lisa Smith | 1/9/1966 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | JT Smoot | 7/30/1963 | Georgia | Northern District of Georgia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Telesia Sobol | 12/20/1971 | Louisiana | Western District of Louisiana | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 119. | Scott Allan Spieker Sr. | 12/22/1967 | Iowa | Northern District of Iowa | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Kimberley Michelle Standley | 4/27/1970 | Missouri | Western District of Missouri | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Janika Stanley | 4/22/1983 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Joshua Stapp | 8/7/1980 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | James Lee Strandberg Jr. | 4/1/1975 | Nevada | District of Nevada | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Tana Tanner | 11/28/1967 | Oregon | District of Oregon | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Ty Tarnow | 3/8/1974 | Florida | Middle District of Florida | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Jose A. Tolentino | 5/21/1977 | Florida | Southern District of Florida | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | Michael Torres | 9/11/1974 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | Daren W Turek | 5/24/1976 | Nebraska | District of Nebraska | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Billy Turner | 5/14/1967 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 130. | David Benjamin Valadez | 8/28/1988 | Texas | Southern District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | William G Van Tassell | 9/20/1946 | Oregon | District of Oregon | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | Michael Vanier | 1/28/1953 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Carrie F Walkup | 11/24/1983 | Texas | Southern District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Milad Wany | 12/31/1974 | Puerto Rico | District of Puerto Rico | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Miles Ryon Ward | 8/16/1977 | Kentucky | Western District of Kentucky | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Daniel Washington | 10/9/1949 | West Virginia | Southern District of West Virginia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | Kristian Washington | 9/22/1985 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Vince E Webber | 12/12/1968 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Darrell White | 12/3/1953 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Erika Ruth White | 7/9/1973 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | Earnest Williams | 10/16/1951 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 142. | Thomas Wilson Jr | 6/24/1983 | Kentucky | Eastern District of Kentucky | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | Albert Berry Winstead | 11/6/1977 | Kansas | District of Kansas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | Leon L. Withers Jr. | 8/18/1973 | Florida | Middle District of Florida | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | Danielle Woods | 6/5/1979 | Texas | Southern District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | Roger Woody | 8/4/1963 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 147. | Julie Worley | 12/31/1973 | Georgia | Middle District of Georgia | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | Gregory Jay Wright | 5/6/1958 | Georgia | Northern District of Georgia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 149. | John Youmans | 11/14/1963 | Louisiana | Middle District of Louisiana | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 150. | Kevin Young | 2/29/1964 | Oregon | District of Oregon | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |